**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                  :

ANNE J. W.,[1]                     :        CIVIL ACTION
             Plaintiff,     :
    v.                          :
                                 :
MARTIN O'MALLEY, COMMISSIONER :
OF SOCIAL SECURITY,[2]         :      No. 22-00448
            Defendant.    :
_____:

## <u>ORDER</u>

**AND NOW,** this 10th day of September, 2024, upon consideration of the Plaintiff's Request for Review (ECF No. 9), and the Defendant's Response in Opposition (ECF No. 11) and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **GRANTED,** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings in accordance with the Memorandum Opinion;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_s/Pamela A. Carlos_____
PAMELA A. CARLOS
United States Magistrate Judge

---

[1]      In accordance with the Court's recent standing order on party identification in social security cases, I have referred to the plaintiff solely by her first name and last initial. _See_ Standing Order, _In re: Party Identification in Social Security Cases_ (E.D. Pa. June 10, 2024), https://www.paed.uscourts.gov/sites/paed/files/documents/locrules/standord/SO_pty-id-ss.pdf.

[2]      Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).